UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

AMANDA M. GIBBS,

            Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

            Defendant.

No.  4:14-CV-5058-EFS

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

    This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that:

    Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.   Judgment is entered for Defendant.

    DATED: October 20, 2015

                    SEAN F. McAVOY
                    Clerk of Court

                    By:  *s/Shelly Koegler*
                      Deputy Clerk